```
          UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF PUERTO RICO
```

Carlos A. Morales, et al.

    v.                           NH Civil No. 05-ds-114-JD
                                   PR Civil No. 04-1760

Puerto Rico Department
of Education, et al.


ENTRY OF DEFAULT

    The plaintiffs filed an amended complaint on December 6, 2005. The defendants, the Puerto Rico Department of Education, Dr. Cesar Rey, Elsie Rivas, Carmen Beauchamp-Gonzalez, and Rafael Aragunde, failed to file an answer or otherwise respond within the time allowed by the court's order of November 21, 2005. Therefore, **default** is entered as to those parties.

    The plaintiffs shall file a motion for default judgment by **April 14, 2006**, in compliance with Local Rule 55(b).

    SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge
                                                (Sitting by designation.)

March 14, 2006

cc:  Jose E. Cespedes-Sabater, Esquire
     Alfredo Fernandez-Martinez, Esquire
     Kristine Burgos Santiago, Esquire
     Clerk, USDC-PR